FILED

2003 OCT 30 P 1: 16

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.L., individually and through her Parents and next friends, Mr. & Mrs. T.L., Plaintiffs | : : : : | CIVIL ACTION NO. 3:02CV767 (CFD) |
| v. | : : | |
| New Britain Board of Education, Defendants | : : | October 30, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the defendant in the above-captioned case hereby moves for an extension of time to file its dispositive motion. The current deadline for filing dispositive motions is on or before October 31, 2003. The defendant respectfully requests an additional fourteen (14) day extension of time, up to and including November 14, 2003. This extension of time is due to the press of other unexpected, recent legal business, and as a result of confusion between the parties regarding the filing of the administrative record in this matter.

This is the defendant's second and last request for an extension of time to file its dispositive motion in this matter.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

The undersigned counsel contacted counsel for the plaintiff, Lawrence Berliner, who has no objection to this request and concurs that additional time is necessary for the filing of the plaintiff's dispositive motion, and the filing of the administrative record.

For the foregoing reasons, the defendant's counsel has established good cause for the Court to grant its request for an extension of time.

Defendant, New Britain Board of Education

By _____
Nicole A. Bernabo
Federal Bar No. ct19783
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
Telephone: 860 233-2141
Facsimile: 850 233-2141

2

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to Lawrence W. Berliner, Esq., Klebanoff and Phelan, P.C., 433 South Main Street, Suite 102, West Hartford, CT 06110, on this 30th day of October, 2003

_____
Nicole A. Bernabo

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326