02cv767mexdispmo.

FILED

2003 NOV -5 P 1:25
US DISTRICT COURT
HARTFORD CT

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

B.L., individually and through her                  :   CIVIL ACTION NO. 3:02CV767 (CFD)
Parents and next friends, Mr. & Mrs. T.L.,   :
                           Plaintiffs                        :
                                                                    :
v.                                                                 :
                                                                    :
New Britain Board of Education,              :
                          Defendants                     :   October 30, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the defendant in the above-captioned case hereby moves for an extension of time to file its dispositive motion. The current deadline for filing dispositive motions is on or before October 31, 2003. The defendant respectfully requests an additional fourteen (14) day extension of time, up to and including November 14, 2003. This extension of time is due to the press of other unexpected, recent legal business, and as a result of confusion between the parties regarding the filing of the administrative record in this matter.

This is the defendant's second and last request for an extension of time to file its dispositive motion in this matter.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**