UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 18 P 2: 19
US DISTRICT COURT
HARTFORD CT

B.L. Individually and through her
Parents and next friends Mr. and Mrs. T.L.,
Plaintiffs

v.

CIVIL ACTION No.
3:02 CV 767 (CFD)

New Britain Board of Education,
Defendant

November 16, 2003

### PLAINTIFFS' AMENDED MOTION FOR ENLARGEMENT OF TIME

In accordance with Rules 9(a) and 9(b) of the *Local Rules of Civil Procedure, as amended*, the plaintiffs amend their November 14, 2003 Motion For An Extension of Time and respectfully request a one (1) business day extension of time from November 14, 2003 up to and including November 17, 2003, to complete and file a Statement of Material Facts Not in Dispute as required by the *Local Rules of Civil Procedure*. The Plaintiffs' request is predicated upon the fact that plaintiffs' counsel has been involved with several on-going special education administrative hearings, two other federal court matters, Connecticut Superior Court hearings, and the preparation of extensive memoranda of law in three proceedings, and unexpected legal matters that have prevented him completing the Statement of Material Facts Not in Dispute by November 14, 2003.

Counsel for the defendant was contacted after business hours at approximately 10:45 p.m. on November 12, 2003 and was advised of the fact that the plaintiffs required an extension of time. However, in a telephone conversation on November 13, 2003, defendant's counsel had indicated that she would oppose an extension of time to file the Statement of Material Facts Not in Dispute, but would consent to another extension

**No Oral Argument Requested/No Testimony Required**

of time to file the dispositive motion. On November 14, 2003, the plaintiffs filed their dispositive motion with the Court in accordance with the Court's revised Scheduling Order. Counsel for the plaintiffs was able to rearrange his personal schedule on Sunday November 16, 2003 and prepared the Statement of Material Facts Not in Dispute on that date and faxed a copy of that Statement to the defendant counsel's office on that date, in addition to mailing a hard copy on November 17, 2003. I am unable to represent whether or not the defendant will oppose the one business day request for an extension of time to file the Statement of Material Facts Not in Dispute. However, defendant's counsel had objected to the November 14, 2003 request.

Counsel has previously requested extensions of time to file a dispositive motion that were granted by the Court. The plaintiffs' dispositive motion has been filed in accordance with the Court's latest Scheduling Order. This is the first request for an extension of time related to the filing of the Statement of Material Facts.

WHEREFORE, for the foregoing reasons, the plaintiffs respectfully request the Court to grant this request for a one business day extension of time.

THE PLAINTIFFS

By /s/ Lawrence W. Berliner
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

2

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to Attorney Nicole Bernabo, Sullivan, Schoen, Campane, and Connon, 646 Prospect Street, Hartford, CT 06105-4286 on this 17th day of November, 2003 and that a copy was faxed to Attorney Bernabo on November 16, 2003 at 1-860-233-0516.

_____
Lawrence W. Berliner