FILED

2003 NOV 14 A 11: 03

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.L., individually and through her Parents and next friends, Mr. and Mrs. T.L. | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 767 (CFD) |
| V. | : | |
| NEW BRITAIN BOARD OF EDUCATION | : | NOVEMBER 14, 2003 |

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

In accordance with Rules 9(a) and 9(b) of the *Local Rules of Civil Procedure*, the plaintiffs respectfully request a twenty one (21) day extension of time from November 14, 2003 up to and including December 5, 2003, to complete and file a Statement of Material Facts Not in Dispute as required by the *Local Rules of Civil Procedure*. The plaintiff's request is predicated upon the fact that plaintiffs' counsel has been involved with several on-going special education hearings, two other federal court matters, and Connecticut Superior Court hearings, and the preparation of extensive memoranda of law in three proceedings, and unexpected legal matters that have prevented him completing the Statement.

**NO ORAL ARGUMENT REQUESTED/NO TESTIMONY REQUIRED**

Counsel for the defendant was contacted after business hours at approximately 10:45 p.m. on November 12, 2003 and advised of the fact that the plaintiffs require this extension of time. Counsel for the defendant contacted my office on November 13, 2003 in response to my November 12, 2003 voicemail message and advised me that she would not consent to an extension of time for the Statement of Material Facts Not in Dispute. Instead, she advised me that she would consent to another extension of time for the parties to file their dispositive motions, including the Statement of Material Facts Not in Dispute.

Counsel has previously requested extensions of time to file a dispositive motion. That dispositive motion has been filed. This is the first request for an extension of time related to the Statement of Material Facts.

WHEREFORE, for the foregoing reasons, the plaintiffs respectfully request the Court to grant this extension of time.

Respectfully submitted,

Plaintiffs

By /s/ Lawrence W. Berliner
Lawrence W. Berliner
Howard Klebanoff, P.C.
Corporate Center West
433 South Main Street Suite 102
West Hartford, CT 06110
Tel. No. (860) 313-5005
Fed. Bar No. CT 7002

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed to Attorney Nicole Bernabo, Sullivan, Schoen, Campane and Connon, 646 Prospect Avenue, Hartford, CT 06105-4286 on this 14th day of November, 2003.

                                                               *Lawrence W. Berliner*
                                                                Lawrence W. Berliner