**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**



2003 NOV 14  A 11: 03

US DISTRICT COURT
HARTFORD CT

B.L. Individually and through her
Parents and next friends Mr. and Mrs. T.L.,
Plaintiffs

v.                                          **CIVIL ACTION No.**
                                            **3:02 CV 767 (CFD)**

New Britain Board of Education,
Defendant                                   **November 14, 2003**


### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 56 of the *Federal Rules of Civil Procedure*, and the *Local Rules of Civil Procedure*, the plaintiffs move for summary judgment on Count Four of their Complaint which alleges that the final administrative decision was not supported by substantial evidence on the record, was based upon unlawful procedure, was arbitrary, and was arbitrary, capricious, illegal, and was affected by errors of law.

THE PLAINTIFFS

By_____
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110
1-8609-313-5005
Federal Bar No. ct 7002


**ORAL ARGUMENT REQUESTED/ NO TESTIMONY REQUIRED**