UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 14  A 11: 03

US DISTRICT COURT
HARTFORD CT

B.L. Individually and through her
Parents and next friends Mr. and Mrs. T.L.,
Plaintiffs

v.

CIVIL ACTION No.
3:02 CV 767 (CFD)

New Britain Board of Education,
Defendant

November 14, 2003

### NOTICE OF FILING OF RECORD

The plaintiffs provide notice that they have filed a complete copy of the Transcript of the administrative hearing in this matter for the following dates: December 17, 2001, January 8, 2002, and February 7, 2002. In addition, the plaintiffs have filed a two volume set of the administrative record prepared by the Connecticut Department of Education consisting of Hearing Officer exhibits, and exhibits filed by the plaintiffs and defendant during the administrative proceedings. The plaintiffs' memorandum of law has cited to portions of these submissions.

A duplicate copy of these submissions was not sent to the defendant, however, counsel for the defendant was advised that a portion of the transcript and the administrative record would be filed at the time of the filing of the dispositive motion.

Respectfully submitted,
THE PLAINTIFFS

By_____
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to Attorney Nicole Bernabo, Sullivan, Schoen, Campane, and Connon, 646 Prospect Street, Hartford, CT 06105-4286 on this 19th day of November, 2003.

_____
Lawrence W. Berliner