

FILED

03 NOV 14 P 1: 37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.L., individually and through her Parents and next friends, Mr. & Mrs. T.L., | : | CIVIL ACTION NO. 3:02CV767 (CFD) |
| Plaintiffs | : | |
| v. | : | |
| New Britain Board of Education, Defendants | : | November 14, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, the defendant, New Britain Board of Education hereby moves for summary judgment with respect to the plaintiff's Complaint ["the Complaint"]. With this motion, the New Britain Board of Education respectfully requests that this court enter summary judgment on the Board's behalf with respect to the Complaint in its entirety. The Board makes this motion on the ground that the undisputed material facts demonstrate that there is no colorable basis for the plaintiffs' demand that this

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

Court reverse the State of Connecticut Department of Education's February 19, 2002 final Decision and Order 01-310 in the underlying special education due process hearing.

In support of this motion, the New Britain Board of Education respectfully submits a Memorandum of Law and a Local Rule9(C)(1) Statement which is attached hereto.

THE DEFENDANT,
NEW BRITAIN BOARD OF EDUCATION

By: *[signature]*
Nicole A. Bernabo
Federal Bar No. ct19783
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: nbernabo@sscc-law.com

2

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Summary Judgment was sent via first-class mail, postage prepaid, on this 14th day of November 2003, to: Lawrence W. Berliner, Esq., Law Offices of Howard Klebanoff, P.C., 433 South Main Street, Suite 102, West Hartford, CT 06110.

_____
Nicole A. Bernabo

3