FILED

03 NOV 14 P 1:37

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.L., individually and through her Parents and next friends, Mr. & Mrs. T.L., | : | CIVIL ACTION NO. 3:02CV767 (CFD) |
| Plaintiffs | : | |
| v. | : | |
| New Britain Board of Education, | : | |
| Defendants | : | November 14, 2003 |

**MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME**

The defendant New Britain Board of Education submits this memorandum in opposition to the plaintiff's November 14, 2003 motion for an extension of time to file their Rule 9(c)(1)Statement of Material Facts Not In Dispute. Although the undersigned counsel has not yet received the plaintiffs' motion, it was represented that such motion was going to be mailed to the court yesterday -- on the day before the 9(c)(1)Statements was due - after innumerable extensions of time have already been granted to the plaintiffs.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

1. This court has granted, at a minimum, three extensions of time to plaintiffs' counsel to file their dispositive motion, and at the bequest of plaintiffs' counsel, this office filed on October 30, 2003 another 14-day extension of time for filing dispositive motions.

2. The undersigned counsel would typically have no objection to this request for an extension of time, and indeed, this is the first time that defendant's counsel has ever submitted such an objection to an opposing counsel's motion for extension of time. The defendant has extended plaintiffs' counsel numerous professional courtesies in this matter concerning extending deadlines. In this case, however, the manner in which plaintiffs' counsel seeks to extend the deadline – by only requesting an extension as to the Rule 9(c)(1) Statement – is prejudicial to the defendants. In the first instance, the defendants have completed their Rule 9(c)(1) Statement, Motion for Summary Judgment and supporting Memorandum and are filing it with the court today. For the plaintiffs to file their motion and memorandum without the 9(c)(1) Statement effectively allows the plaintiffs to form their Statement of Material Facts Not In Dispute only _after_ reading the defendants' brief. Moreover, according to the Federal Rules of Civil Procedure, a motion for summary judgment is to be based on the material facts not in dispute and therefore, it is premature for the plaintiffs to be filing their motion for summary judgment without this Rule 9(c)(1)Statement.

2

3. The defendants further submit that they requested that the plaintiffs' counsel seek, in addition to the deadline for filing the 9(c)(1) Statement, an extension of the deadline for filing the motion for summary and memorandum in order to alleviate the defendant's concerns. Plaintiffs' counsel refused to file the motion on these proposed grounds and was insistent that he only sought an extension as to the Rule 9(c)(1)Statement.

4. As noted in paragraph 2, the defendants are filing as of this date, their Rule 9(c)(1) Statement, motion for summary judgment and memorandum of law in support of their summary judgment, and it is prejudicial to permit the plaintiff's extension because they have the privilege of reviewing the defendant's submission and crafting their statement accordingly. In addition, if this court grants this 21-day extension, it effectively prejudices the defendant with respect to all other deadlines for responding (e.g. 20 days) to the plaintiffs' apparently filed motion for summary judgment and memorandum. The defendant will need to respond to the plaintiffs' motion without having first received and reviewed the plaintiffs' Rule 9(c)(1) Statement.

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

For the foregoing reasons, the plaintiff's motion for extension of time should be denied, especially given the number of extensions already granted in this matter.

Respectfully submitted by,
THE DEFENDANT – NEW BRITAIN BOARD OF EDUCATION

By *[signature]*
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
(860) 233-2141
(860) 233-0516 facsimile
nbernabo@sscc-law.com

4

# CERTIFICATION

This is to certify that a copy of the foregoing memorandum in opposition to plaintiffs' motion for extension of time has been mailed, postage prepaid, to Lawrence W. Berliner, Esq., Law Offices of Howard Klebanoff, P.C., 433 South Main Street, Suite 102, West Hartford, CT 06110. on this 14th day of November, 2003.

_____
Nicole A. Bernabo

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326