#39

02cv767amdmext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 18 P 2: 19

US DISTRICT COURT
HARTFORD CT

B.L. Individually and through her
Parents and next friends Mr. and Mrs. T.L.,
Plaintiffs

v.

CIVIL ACTION No.
3:02 CV 767 (CFD)

New Britain Board of Education,
Defendant

November 16, 2003

Granted. So ordered. /s/ CFD 11/20/03

### PLAINTIFFS' AMENDED MOTION FOR ENLARGEMENT OF TIME

In accordance with Rules 9(a) and 9(b) of the *Local Rules of Civil Procedure, as amended*, the plaintiffs amend their November 14, 2003 Motion For An Extension of Time and respectfully request a one (1) business day extension of time from November 14, 2003 up to and including November 17, 2003, to complete and file a Statement of Material Facts Not in Dispute as required by the *Local Rules of Civil Procedure*. The Plaintiffs' request is predicated upon the fact that plaintiffs' counsel has been involved with several on-going special education administrative hearings, two other federal court matters, Connecticut Superior Court hearings, and the preparation of extensive memoranda of law in three proceedings, and unexpected legal matters that have prevented him completing the Statement of Material Facts Not in Dispute by November 14, 2003.

Counsel for the defendant was contacted after business hours at approximately 10:45 p.m. on November 12, 2003 and was advised of the fact that the plaintiffs required an extension of time. However, in a telephone conversation on November 13, 2003, defendant's counsel had indicated that she would oppose an extension of time to file the Statement of Material Facts Not in Dispute, but would consent to another extension

**No Oral Argument Requested/No Testimony Required**