Denied as moot. 
v/s/s 11/20/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.L., individually and through her Parents and next friends, Mr. and Mrs. T.L. | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 767 (CFD) |
| V. | : | |
| NEW BRITAIN BOARD OF EDUCATION | : | NOVEMBER 14, 2003 |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**

In accordance with Rules 9(a) and 9(b) of the *Local Rules of Civil Procedure*, the plaintiffs respectfully request a twenty one (21) day extension of time from November 14, 2003 up to and including December 5, 2003, to complete and file a Statement of Material Facts Not in Dispute as required by the *Local Rules of Civil Procedure*. The plaintiff's request is predicated upon the fact that plaintiffs' counsel has been involved with several on-going special education hearings, two other federal court matters, and Connecticut Superior Court hearings, and the preparation of extensive memoranda of law in three proceedings, and unexpected legal matters that have prevented him completing the Statement.

**NO ORAL ARGUMENT REQUESTED/NO TESTIMONY REQUIRED**