UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.L., individually and through her Parents and next friends, Mr. & Mrs. T.L.,     Plaintiffs | :    CIVIL ACTION NO. 3:02CV767 (CFD) : : : |
| v. | : |
| New Britain Board of Education,     Defendants | : :    December 5, 2003 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the parties in the above-captioned case hereby move for an extension of time to file their respective memoranda in opposition to the cross-motions for summary judgment and Rule 9(c)(1) Statements filed on or about November 14, 2003. The current deadline for filing such memoranda are on or before December 5, 2003. The parties respectfully requests a two (2) business day extension of time, up to and including December 9, 2003. This extension of time is due to the press of other legal business.

This is the parties' first request for an extension of time to file their respective memoranda in opposition to the cross-motions for summary judgment in this matter.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

The undersigned counsel and the attorney for the plaintiff, Lawrence Berliner, are jointly in agreement with this request and concur that additional time is necessary.

For the foregoing reasons, the parties have established good cause for the Court to grant their request for an extension of time.

Defendant, New Britain Board of Education

By /s/ Nicole A. Bernabo
Nicole A. Bernabo
Federal Bar No. ct19783
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
Telephone: 860 233-2141
Facsimile: 850 233-2141

2

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was faxed and mailed, postage prepaid, to Lawrence W. Berliner, Esq., Klebanoff and Phelan, P.C., 433 South Main Street, Suite 102, West Hartford, CT 06110, on this 5th day of December, 2003

_____
Nicole A. Bernabo