UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| B.L., by and through her parents and next Friends, Mr. and Mrs. L., <br> Plaintiffs, <br> v. <br><br> New Britain Board of Education, <br> Defendant. | Civil Action No. <br> 3:02CV0767 (CFD) <br><br><br><br> December 9, 2003 |

## DEFENDANT'S RULE 9(C)(2) STATEMENT

1. Denied. The plaintiff B.L. attended the New Britain Public Schools during the period encompassed by the plaintiffs' complaint, up to and including the 2000-2001 school year.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. It is admitted that the parents of B.L. requested an independent evaluation on or about November 29, 1999. The defendants lack specific knowledge regarding the remainder of paragraph 7.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. It is admitted that on or about June 7, 2001 and June 19, 2001, the defendant convened a PPT meeting in order to develop an IEP for B.L. for the 2001-02 school year.

21. It is admitted that, at the June 7, 2001 and June 19, 2001 PPT meetings, the defendant update the PPT on B.L.'s progress during the past school year, and the data revealed that B.L. had made appropriate educational progress in her special education program during the 2000-01 school year. It is further admitted that the defendant presented a variety of

2

       proposed IEP with goals and objectives for B.L. and recommended an appropriate program for B.L. in the New Britain public schools. Administrative Record B-68.

22. It is admitted that the parents of B.L. disagreed with the defendant's contention that B.L. had made appropriate educational progress. The remainder of paragraph 22 is denied.

23. It is admitted that the defendant proposed an appropriate IEP for B.L. for the 2001-02 school year at the June 2001 PPT meetings. Administrative Record B-68.

24. It is admitted that the parents of B.L. disagreed that the defendant's program was appropriate and requested a private school placement at Ben Bronz Academy in West Hartford, Connecticut for the 2001-02 school year. The remainder of paragraph 24 is denied.

25. Admitted.

26. It is admitted that the parents of B.L. wrote a letter dated June 28, 2001 which is marked as Administrative Record B-71. The remainder of paragraph 26 is neither admitted nor denied as the exhibit B-71 speaks for itself.

27. Admitted.

28. Admitted.

29. Admitted.

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

30. It is admitted that on or about September 12, 2001 the plaintiffs requested a Connecticut State Department of Education due process hearing regarding the 2001-02 program recommended at the June 2001 PPT meeting.

31. It is admitted that the parents of B.L. unilaterally placed B.L. at Ben Bronz Academy and requested that the defendant release B.L.'s educational and other records to that school.

32. Admitted.

33. Admitted.

34. Admitted.

35. It is admitted that the final decision and order #01-310 contained sections entitled findings of fact – of which there were 24 findings, and conclusions of law – of which there were 3 conclusions. It is further admitted that findings of fact may also contain conclusions of law.

36. Admitted.

37. Admitted.

38. Denied. Parenthetically, the hearing officer's decision speaks for itself. Administrative Record, AR-1.

39. Denied. Parenthetically, the hearing officer's decision speaks for itself. Administrative Record, AR-1.

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

40. Denied. Parenthetically, the hearing officer's decision speaks for itself. Administrative Record, AR-1.

41. Denied. Parenthetically, the hearing officer's decision speaks for itself. Administrative Record, AR-1.

42. Denied. Parenthetically, the hearing officer's decision speaks for itself. Administrative Record, AR-1.

43. Admitted.

44. Admitted.

Respectfully submitted by,
NEW BRITAIN BOARD OF EDUCATION

By /s/ Nicole Bernabo
Nicole Bernabo, Esq.
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
(860) 233-2141
(860) 233-0516 facsimile
Fed.Bar No. ct19783
nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Rule 9(c)(2)Statement was mailed, postage prepaid, to Lawrence W. Berliner, Esq., Klebanoff and Phelan, P.C., 433 South Main Street, Suite 102, West Hartford, CT 06110, this 9th day of December, 2003.

*[signature]*
Nicole A. Bernabo

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326