UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

B.L., Individually and through
Her Parents and next friends,
Mr. and Mrs. T.L., Plaintiffs

2003 DEC 11  A 11: 43

CIVIL ACTION No.

US DISTRICT COURT

v.

3:02 CV 767 (CFD) RTFORD CT

New Britain Board of Education,
                    Defendants                                    December 9, 2003


PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN DISPUTE


In accordance with the provisions of the Local rules of civil Procedure 56(a (2),

the plaintiffs controvert the defendant's statement of material facts not in dispute dated

November 14, 2003as set forth as follows:

1.  Admitted

2.  Admitted

3.  Admitted

4.  Admitted

5.  Admitted

6.  Admitted

7.  Admitted insofar as the complete report of Dr. Schrager speaks for itself.

8.  Admitted

9.  Admitted

10. Admitted

11. Admitted insofar as the complete report of Dr. Cherkes-Julkowski speaks for

itself.

12. Admitted, except that the defendant had alleged that it required

clarification of Dr. Cherkes-Julkowski's evaluation report and had agreed to

follow-up with that clarification. *Administrative Record B-37.*

13. Admitted

14. Admitted insofar as the complete report by Dr. Bregman speaks for itself.

15. Admitted

16. Denied in part. B.L.'s parents reported school anxiety, a fact confirmed by Dr.
Bregman's evaluation report. *Administrative Record, B-58, B-69.*

17. Admitted

18. Denied in part. The so-called strategies were in effective as confirmed by Dr.
Bregman's evaluation report. *AR-Administrative Record B-58, B-69.*

19. Admitted in part, except that the observation of this consultant was
inconsistent with the information provided by Dr. Cherkes-Julkowski and/or Dr.
Joel Bregman in their respective evaluation reports. *AR- Administrative Record- B-35, B-37, B-58, and B-69.*

20. Admitted

21. Denied in part. The triennial evaluation did proceed but the results were at
odds with the second evaluation report completed by Dr. Cherkes-Julkowski. *AR-Administrative Record-P-14.*

22. Admitted insofar as the complete evaluation report from Dr. Cherkes-
Julkowski speaks for itself.

23. Admitted to the extent that the defendant had completed the speech and
language evaluation report, however the findings and recommendations were
markedly at odds with the evaluation report completed by Karen LaRussa shortly
after the defendant's report. *AR- Administrative Record-P10.*

24. Denied. This information was markedly at odds with the information and
findings by Dr. Cherkes-Julkowski and/or Dr. Joel Bregman. *AR-Administrative
Record-B-35, B-37, B-58 and B-59.*

25.  Admitted in part as to the information reported by the defendant but that information was in marked contrast to the information presented in the second evaluation report of Dr. Cherkes-Julkowski and/or Dr. Bregman's report. *Id.*

26.  Admitted in part to the extent that the defendant had developed and IEP with goals and objectives for the 2001-02 school year. The plaintiffs deny that the goals and objectives would have provided B.L. with FAPE as set out in the PPT meetings during June, 2001. *AR- Administrative Record- B-68, B-71.*

27.  Denied. The plaintiffs did not accept the IEP proposed for the 2001-02 school year. *Id.* The plaintiffs requested placement at Ben Bronz Academy at the June, 2001 PPT meetings and their letter following that meeting. *Id.*

Respectfully submitted,

THE PLAINTIFFS

By_____
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South main Street
Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

## CERTIFICATION

I hereby certify that a copy of the foregoing statement of material facts in dispute and reply memorandum of law were mailed via Federal Express overnight mail on this nineth day of December, 2003 to:

Attorney Nicole Bernabo
Sullivan, Schoen, Campane and Connon
646 Prospect Street
Hartford, CT 06105

_____
Lawrence W. Berliner