41

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 12/11/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| B.L., individually and through her Parents and next friends, Mr. & Mrs. T.L., Plaintiffs | : : : : | CIVIL ACTION NO. 3:02CV767 (CFD) |
| v. | : : | |
| New Britain Board of Education, Defendants | : : | December 5, 2003 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the parties in the above-captioned case hereby move for an extension of time to file their respective memoranda in opposition to the cross-motions for summary judgment and Rule 9(c)(1) Statements filed on or about November 14, 2003. The current deadline for filing such memoranda are on or before December 5, 2003. The parties respectfully requests a two (2) business day extension of time, up to and including December 9, 2003. This extension of time is due to the press of other legal business.

This is the parties' first request for an extension of time to file their respective memoranda in opposition to the cross-motions for summary judgment in this matter.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**