UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 12 P 2: 44

US DISTRICT COURT
HARTFORD CT

B.L. Individually and through her
Parents and next friends Mr. and Mrs. T.L.,
Plaintiffs

v.

CIVIL ACTION No.

3:02 CV 767 (CFD)

New Britain Board of Education,
Defendant

December 11, 2003

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

In accordance with Rules 9(a) and 9(b) of the *Local Rules of Civil Procedure, as amended*, the plaintiffs respectfully request a two (2) business day extension of time from December 9, 2003 up to and including December 11, 2003, for the delivery and filing of plaintiff's Statement of Material Facts in Dispute as required by the *Local Rules of Civil Procedure 58(a)(2)* and a reply memorandum of law in response to defendant's Motion for Summary Judgment. The Plaintiffs' request is predicated upon the fact that plaintiffs' counsel had utilized a private delivery service (Federal Express) on December 9, 2003 and he was unsure if that private delivery service had picked up the pleadings on December 9, 2003 or December 10, 2003 for delivery to the Clerk of the U.S. District Court. A copy of the plaintiff's pleadings was sent via FAX to defendant's counsel on December 9, 2003, in addition to sending a copy via Federal Express on that date.

Counsel for the defendant was contacted on December 11, 2003 and was advised of the facts and circumstances surrounding the plaintiffs' request and defendant's counsel had indicated that she would not oppose an extension of time to file the Statement of Material Facts in Dispute and reply memorandum of law.

**No Oral Argument Requested/No Testimony Required**

This is the second request for an extension of time relative to these pleadings.

WHEREFORE, for the foregoing reasons, the plaintiffs respectfully request the Court to grant this request for a two (2) business day extension of time.

THE PLAINTIFFS

By _____
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to Attorney Nicole Bernabo, Sullivan, Schoen, Campane, and Connon, 646 Prospect Street, Hartford, CT 06105-4286 on this 11h day of December, 2003 and that a copy was faxed to Attorney Bernabo on December 11, 2003 at 1-860-233-0516.

_____
Lawrence W. Berliner

2