UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| B. L. , individually and through her parents and next friends, MR. AND MRS. T. L., : : : | |
| Plaintiffs, : : | |
| v. : : | CASE NO. 3:02CV767 (CFD) |
| NEW BRITAIN BOARD OF EDUCATION, : : | |
| Defendant. : | |

## JUDGMENT

This action having come on for consideration of cross-motions for summary judgment filed before the Honorable Christopher D. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling on Cross-Motions for Summary Judgement granting defendant's motion and denying plaintiffs' motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 30th day of September 2005,

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy in Charge

EOD _____